# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023

January 20, 2023

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007

        Re:    **Norris v. Frank Grocery Corp., d/b/a Lil Frankies, et al.**
               **Case 1:22-cv-08409-VEC**

Dear Judge Caproni:

       The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 3, 2023, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

       Thank you for your consideration of this first adjournment request.

                               Sincerely,

                               By: /S/ B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW9365)
                                    THE WEITZ LAW FIRM, P.A.
                                    Attorney for Plaintiff
                                    Bank of America Building
                                    18305 Biscayne Blvd., Suite 214
                                    Aventura, Florida 33160
                                    Telephone: (305) 949-7777
                                    Facsimile: (305) 704-3877
                                    Email: bbw@weitzfirm.com

Application GRANTED in part.  The IPTC scheduled for February 3, 2023, is hereby ADJOURNED *sine die*. Defendants' deadline to answer the complaint remains STAYED until February 3, 2023.  *See* Dkt. 7.  Plaintiff must file proof of having served Defendants with the motion to amend the complaint, Dkt. 11, by no later than **January 27, 2023**.  Plaintiff must also serve Defendants with a copy of the instant endorsement and file proof of service by no later than **January 27, 2023**.

SO ORDERED.

Date: 1/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE