

Jennifer E. Sherven
JSherven@kdvlaw.com

Solomon Abramov
SAbramov@kdvlaw.com



DATE FILED: 8/1/2023

July 31, 2023

Application (ECF No. 38) GRANTED. The initial pretrial conference, previously scheduled for August 7, 2023, is ADJOURNED *sine die*. By September 7, 2023, the parties shall file a joint letter updating the Court on settlement and on whether an initial pretrial conference would be productive. Should the parties request an initial pretrial conference, they shall file a proposed Case Management Plan and Scheduling Order. SO ORDERED.

*Jennifer H. Rearden*
August 1, 2023

**VIA ECF**
Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:   Norris v. Frank Grocery Corp. et. al.
      **Case No.:**   **1:22-cv-08409-JHR**

Dear Judge Rearden:

      This firm represents the Defendant, Just An Oven Corp. ("Defendant"), in the above-referenced lawsuit. We write jointly with counsel for Plaintiff, Namel Norris ("Plaintiff"), to respectfully request a 30-day adjournment of the initial conference scheduled for August 7, 2023 and a corresponding extension of the deadline to file a proposed Case Management Plan.

      The reason for the adjournment and extension is that the Parties have made significant progress through settlement discussions and are hopeful that a more prompt resolution of this matter will be reached without the need for discovery. The parties are hopeful that the additional time will provide an opportunity to find a mutual resolution of this action.

      The parties have conferred and are available for the initial conference on September 7, 2023 or any date thereafter as may be convenient for the Court. This is the parties' first joint request for an adjournment of the initial conference and extension of the corresponding deadline to file a proposed Case Management Plan.

      We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jennifer Sherven
Solomon Abramov

cc:   All counsel of Record (*via* ECF)