```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NAMEL NORRIS,

                        Plaintiff,        Case No. 1:22-cv-08409-JHR

-against-

JUST AN OVEN CORP., a New York
corporation, d/b/a LIL FRANKIES, and
DERBY 60, LLC, a Delaware limited
liability company,

                      Defendants.
-----------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, JUST AN OVEN CORP., a New York corporation, d/b/a LIL FRANKIES, , who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 20th day of November, 2023.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Solomon Abramov, Esq.
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
Telephone: (516) 681-1100
Fax: (516) 681-1101
Email: sabramov@kdvlaw.com
*Attorneys for Defendant,*
JUST AN OVEN CORP.

**SO, ORDERED:**

_____
Jennifer H. Rearden, U.S.D.J.

Dated: November 22, 2023

1